## ATLAS ENGINE WORKS ET AL. *v.* FIRST NATIONAL BANK OF SEYMOUR.

[No. 7,557. Filed March 14, 1912. Rehearing denied May 31, 1912.]

From Superior Court of Marion County (77,995) ; *James M. Leathers,* Judge.

Action by the First National Bank of Seymour, Indiana, against the Atlas Engine Works and another. From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*Newman, Northrup, Levinson & Baker, Chester E. Cleveland* and *Edmund B. Walker,* for appellants.

*Charles F. Remy* and *James M. Berryhill,* for appellee.

LAIRY, J.—This is an appeal from a judgment of the Marion Circuit Court, rendered in favor of appellee on a note for $250, executed by the Atlas Engine Works and H. H. Hanna. The same answer and cross-complaint were filed in this case as were filed in the case of *Atlas Engine Works* v. *First Nat. Bank, etc.* (1912), *ante*, 549, 97 N. E. 952. Demurrers were sustained to the answer and cross-complaint in this case, and appellants refusing to plead further, judgment was rendered in favor of appellee. The same questions being presented in this case that were presented in the case above cited, the judgment of the lower court is affirmed, and the reasons for the decision appear in the opinion rendered in that cause.

Judgment affirmed.

---

## ATLAS ENGINE WORKS ET AL. *v.* FIRST NATIONAL BANK OF SEYMOUR.

[No. 7,655. Filed April 16, 1912. Rehearing denied May 31, 1912.]

From Superior Court of Marion County (79,730) ; *James M. Leathers,* Judge.

Action by the First National Bank of Seymour, Indiana, against the Atlas Engine Works and another. From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*Newman, Northrup, Levinson & Baker, Chester E. Cleveland* and *Edmund B. Walker,* for appellants.

*Charles F. Remy* and *James M. Berryhill,* for appellee.

LAIRY, J.—This action was brought by appellee in the Superior Court of Marion County against appellants to recover on a promissory note for $750, executed by the Atlas Engine Works and H. H. Hanna. The complaint was in two paragraphs. Appellants filed a joint and several answer, to which a demurrer was sustained, and the Atlas Engine Works filed a counterclaim, to which a demurrer was also sustained. Appellants refused to amend or plead further, and judgment was rendered for appellee, from which judgment this appeal is taken.

The errors relied on for reversal call in question the correctness of the rulings of the trial court in sustaining the demurrers to these pleadings, and the same questions of law are presented as were decided in the case of *Atlas Engine Works* v. *First Nat. Bank, etc.* (1912), *ante,* 549, 97 N. E. 952. The pleadings in the case under consideration are the same as those ruled on in the case just cited, and the reasons for affirming the judgment of the lower court may be found in that opinion.

Judgment affirmed.